# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0498. GAMEZ v. THE STATE.**

In 2016, Marco Gamez entered a non-negotiated guilty plea to trafficking in methamphetamine, possession of marijuana, obstruction of an officer, and following too closely. In 2018, Gamez filed a pro se motion for out-of-time appeal in which he asserted ineffective assistance of counsel based on his counsel's alleged failure to assist him in accepting a more favorable plea offer. The trial court denied Gamez's motion and he appeals.

The Supreme Court of Georgia, however, recently decided in *Cook v. State*, ___ Ga. ___ (Case No. S21A1270; decided March 15, 2022), that there "is no legal authority for motions for out-of-time appeal in trial courts." Id. at ___ (5). And that holding applies "to all cases that are currently on direct review or otherwise not yet final." Id. "Accordingly, we conclude the trial court should have dismissed, rather than denied, [Gamez's] motion, and we vacate the trial court's order and remand for entry of [an order dismissing Gamez's motion]." *Rutledge v. State*, ___ Ga. ___ (Case No. S21A1036; decided March 15, 2022).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/12/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*